COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Ex parte Richard Vincent Letizia

Appellate case number:   01-16-00808-CR

Trial court case number: 2112524

Trial court:             County Criminal Court at Law No. 5 of Harris County

Date motion filed:       April 10, 2019 and April 12, 2019

Party filing motion:     Appellant

It is ordered that appellant's motion for en banc reconsideration is **denied**.

Judge's signature: /s/ Russell Lloyd
                   Acting for the En Banc Court

En banc court consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Date: May 7, 2019